FILED 18 MAY '23 10:28 USDC-ORP

Preston Berman
2600 Center St. NE
Salem, OR 97301

Eugene Division
Wayne L. Morse U.S. Courthouse
405 East Eighth Ave.
Eugene, OR 97401

May 12th 2023

Dear Judge Mosman,

I am writing to respectfully request the appointment of counsel in my habeas corpus case, number 6:23-cv-00660-MO. I firmly believe this case holds significant importance as it potentially impacts the civil rights of every individual in Oregon who has been adjudicated as guilty except for insanity.

Despite concerted efforts to secure legal representation, including utilizing the state bar referral service, I have been unsuccessful in finding an attorney. Given the weight of the issues at stake, I feel the appointment of counsel is critical to ensure a fair and just examination of the case.

I sincerely appreciate your consideration of this request, and I am confident that the appointment of legal counsel will contribute meaningfully to the integrity of the proceedings in this case.

Yours sincerely,
Preston Berman