FILED 26 JUN '23 10:37 USDC-ORP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PRESTON JACOB BERMAN, ) | Case No: 6:23-cv-00660-MO |
| ) | |
| Petitioner, ) | |
| ) | MOTION TO CORRECT ERROR |
| vs. ) | |
| ) | |
| DOLORES MATTEUCCI, ) | |
| ) | |
| Respondent. ) | |

I, Preston Jacob Berman, hereby submit this motion to correct an error in the court order dated June 5, 2023.

The order states that I was found guilty except for insanity of one count of Burglary in the Second Degree and 18 counts of Reckless Burning. However, the order omits the charge of Arson 1, which was included in the original judgment of conviction.

The correct information, as detailed in Document 1 of the original petition, should reflect that I was found guilty except for insanity of one count of Arson 1, one count of Burglary in the Second Degree, and 18 counts of Reckless Burning.

I respectfully request that the court correct this error in the order.

6/20/2023

Preston Berman
2600 Center St. NE
Salem, OR, 97301