IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PRESTON JACOB BERMAN,

        Petitioner,

   v.

DOLORES MATEUCCI,

        Respondent.

Case No. 6:23-cv-00660-MO

JUDGMENT

MOSMAN, District Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, with prejudice. The Court declines to issue a Certificate of Appealability on the basis that Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2). Pending motions, if any, are DENIED AS MOOT.

   7/10/2023
     DATE

*Michael W. Mosman*
Michael W. Mosman
United States District Judge

1 - JUDGMENT